ALBERT WERTH, Respondent, v. GUSTAVE F. MEYERS and Another, Copartners, etc., Appellants.— Order reversed, without costs, and motion for new trial on the ground of newly-discovered evidence granted, upon condition that appellants pay the costs and disbursements of the trial already had, as taxed, and ten dollars costs of the motion. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ALBERT WERTH, Respondent, v. GUSTAVE F. MEYERS and Another, Copartners, etc., Appellants.— Appeal from judgment and order denying motion for a new trial on the minutes of the court, dismissed without costs, as the motion for a new trial on the ground of newly-discovered evidence has been granted. The judgment shall stand as security. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ. [*Ante*, p. 760.]

WILLIAM F. FRIEND, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

DANIEL PANTALONE, Appellant, v. NATIONAL CASUALTY COMPANY, Respondent. — Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ALICE J. PHALEN, Respondent, v. MYRON E. ROSENBERG, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

H. E. BENJAMIN Co., INC., Respondent, v. EDWIN NOTTINGHAM, President of the Vocational High School Commission, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, on the authority of *People ex rel. Desiderio* v. *Connolly* (212 App. Div. 102); *Decves* v. *Metropolitan, etc., Co.* (6 Misc. 91; affd., 141 N. Y. 587); *Cassidy* v. *McFarland* (130 id. 201); *Irving* v. *Irving* (90 Hun, 422; affd., 149 N. Y. 573). All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

EDITH B. SMILEY, Respondent, v. CARRIE W. METCALFE and Others, as Executors, etc., of EDWIN D. METCALFE, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements, on the ground that under the facts in this case the Special Term properly exercised its discretion in view of the delay in making the motion and the fact that the case was on the preferred calendar and ready for trial. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

MARGARET CURRY, Respondent, v. WILLIAM A. YALE, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide event, on the ground that the convenience of witnesses and the ends of justice require that the trial be held in Monroe county. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

FLORENCE CAMERON, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.